IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Sestile,<br><br>   Plaintiff,<br><br>v.<br><br>Aetna Life Insurance Company; Bank of America Corporation; Bank of America Corporation Long Term Disability Group Policy,<br><br>   Defendants. | No. CV-13-00214-PHX-GMS<br><br>**ORDER** |

Pursuant to the parties' Joint Stipulation for Dismissal (Doc. 41),

**IT IS HEREBY ORDERED** that this action is dismissed in its entirety with prejudice, each party to bear its own fees and costs.

Dated this 4th day of March, 2014.

_____
G. Murray Snow
United States District Judge